

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No.   26mj1163 |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326; |
| **Jose Guadalupe RAMOS-Gonzalez** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **March 2, 2026**, within the Southern District of California, defendant, **Jose Guadalupe RAMOS-Gonzalez,** an alien who had previously been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Esperanza Ramirez, Deportation Officer,
U.S. Immigration & Customs Enforcement

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1 ON MARCH 3, 2026.

JILL L. BURKHARDT
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

On March 2, 2026, the defendant identified as Jose Guadalupe RAMOS-Gonzalez was encountered by Immigration and Customs Enforcement (ICE) Deportation Officers, and Homeland Security Investigations (HSI) Special Agents, while conducting surveillance to locate a target in the city of San Diego, California. Deportation Officers saw a male matching the physical description of their target leave the residence and get inside a white pickup truck. The defendant drove off in the vehicle and Deportation Officers followed. The defendant parked at a gasoline station. Deportation Officers approached and verbally identified themselves. Deportation Officers asked the defendant if his name was Jose Ramos Gonzalez, and he replied "yes." During search incident to arrest Deportation Officers found a valid California Driver's License bearing the name "Jose Guadalupe Ramos Gonzalez." Deportation Officers positively identified the defendant as their intended target and arrested the defendant for immigration violations. Deportation Officers transported the defendant to the San Diego Field Office for further processing.

The Automated Biometric Fingerprint Identification System "IDENT" and Integrated Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jose Guadalupe RAMOS-Gonzalez, a citizen and national of Mexico who was previously removed from the United States to Mexico.

A review of official immigration database record checks revealed the defendant was issued an Expedited Removal on or about July 13, 2000, and physically removed from the United States to Mexico on the same date, via the Otay Mesa, California Port of Entry. The defendant was last removed on October 17, 2014, via the San Luis, Arizona Port of Entry. Record checks further indicate the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.